DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.J. REYNOLDS TOBACCO COMPANY,**
Appellant,

v.

**DIANE SNYDER,** as Personal Representative of the Estate of
**JAMES MCHUGH,**
Appellee.

No. 4D20-1273

[July 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE 08-019467 (09).

Scott Michael Edson of King & Spalding LLP, Washington, DC, and William L. Durham II of King & Spalding LLP, Atlanta, Georgia, for appellant.

Kara Rockenbach Link and Daniel M. Schwarz of Link & Rockenbach, P.A., West Palm Beach, and Kimberly L. Wald of Kelley Uustal, PLC, Fort Lauderdale, and Eric Scott Rosen of Rosen Injury Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and GROSS, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***